Case 5:22-cv-00081   Document 41   Filed on 11/27/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
November 27, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| PHH MORTGAGE CORPORATION | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:22-CV-81 |
| | § | |
| SANDRA HARRISON *et al.* | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is Plaintiff PHH Mortgage Corporation's ("PHH") motions seeking (1) default judgment against Defendants Sandra Harrison and Adam Oso Nino, (2) an agreed partial judgment against Defendant San Juanita Nino, and (3) the award of attorney fees and costs. (Dkt. Nos. 24, 30, 38). On August 4, 2023, this matter was referred to U.S. Magistrate Judge Christopher dos Santos for a report and recommendation. (Dkt. No. 39). On September 27, 2023, Judge dos Santos issued the report and recommendation on PHH's motions, (Dkt. No. 40), recommending all three requests for relief be granted. The time for filing objections has passed, and no objections were filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the report and recommendation for clear error. Finding no clear error, the Court adopts the report and recommendation in its entirety. Accordingly, Plaintiff's motions seeking (1) default judgment against Defendants Sandra Harrison and Adam Oso Nino, (2) an agreed partial judgment against Defendant San Juanita Nino, and (3) the award of attorney fees and costs, (Dkt. Nos. 24, 30, 38), are hereby **GRANTED**. Two separate Judgments in favor of PHH will be entered: the first against Defendants

Sandra Harrison and Adam Oso Nino, and the second against Defendant San Juanita Nino.

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth above, final judgment is hereby **ENTERED** for Plaintiff PHH Mortgage Corporation.

It is so **ORDERED**.

**SIGNED** November 27, 2023.

_____
Marina Garcia Marmolejo
United States District Judge